1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | MICHELE J. SWANSON, State Bar No. 191193
Deputy Attorney General
6 |   455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
7 |   Telephone:  (415) 703-5703
  Fax:  (415) 703-1234
8 |   Email:  Michele.Swanson@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY MARK McCARTHY,** | C 07-3933 PJH (PR) |
| Petitioner, | **APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **IVAN D. CLAY, Warden,** | |
| Respondent. | |

Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent hereby requests a 60-day extension of time until December 26, 2007, in which to file a response to the petition for writ of habeas corpus.  Good cause for the extension is set forth in the accompanying declaration of counsel.  We have not attempted to contact petitioner because he is an incarcerated state prisoner who is representing himself.

Wherefore, respondent respectfully requests that this Court grant an extension of time to and including December 26, 2007, in which to file an answer or other responsive pleading.

///

///

1  Dated: October 26, 2007

2  Respectfully submitted,

3  EDMUND G. BROWN JR.
Attorney General of the State of California

4  PEGGY S. RUFFRA
Supervising Deputy Attorney General

5

6

7  /s/ Michele J. Swanson
MICHELE J. SWANSON

8  Deputy Attorney General
Attorneys for Respondent

9

10

20111263.wpd

11  SF2007402359

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Applic. for Ext. of Time to File Response to Pet. for Writ of Hab. Corpus            *McCarthy v. Clay*
C 07-3933 PJH (PR)

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:  **McCarthy v. Clay**

No.:    **C 07-3933 PJH (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004.

On <u>October 26, 2007</u>, I served the attached

**APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS**

**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE**

**[PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Gregory Mark McCarthy
[P-74044]  59–07
Sierra Conservation Center
5150 O'Byrnes Ferry Road
Jamestown, CA 95327

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 26, 2007, at San Francisco, California.

|              M. Argarin              |         /s/ M. Argarin          |
| :----------------------------------: | :-----------------------------: |
|               Declarant              |            Signature            |

20111283.wpd