1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | MICHELE J. SWANSON, State Bar No. 191193
Deputy Attorney General
6 |   455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
7 |   Telephone:  (415) 703-5703
  Fax:  (415) 703-1234
8 |   Email:  Michele.Swanson@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MARK McCARTHY,<br><br>            Petitioner,<br><br>    v.<br><br>IVAN D. CLAY, Warden,<br><br>            Respondent. | C 07-3933 PJH (PR)<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE** |

I, MICHELE J. SWANSON, declare under penalty of perjury as follows:

I am a Deputy Attorney General for the State of California and am assigned to represent respondent in this case. Respondent's answer or other responsive pleading is due October 26, 2007, pursuant to this Court's August 27, 2007 Order to Show Cause. I am unable to meet this deadline, and request an extension of time to file a response to the petition for the following reasons.

I was not the attorney who handled this case on direct appeal. Since having this case assigned to me, I have been working on cases with chronological precedence, and in the past 30 days I have filed motions to dismiss in *Johnson v. Malfi* (C 06-6376 MJJ (PR)) and *Castillo v.*

1  *Brown* (C 05-1177 WHA (PR)), and have recently completed an answer in *Runge v. Evans* (C
2  06-2509 PJH (PR)) and a motion to dismiss in *Woodcock v. Curry* (C 07-3043 WHA (PR)).  I am
3  currently working on the responsive pleadings in *Carpenter v. Kenan* (C 06-7408 JSW (PR)) and
4  *Huynh v. Carey* (C 06-2518 MMC (PR)).  For these reasons, I need additional time to complete
5  the response in this case.

6  Petitioner is in custody and representing himself.  Therefore, I have not attempted to
7  contact him to inform him about this application for an extension of time.

8  Accordingly, I respectfully request that the Court grant respondent an extension of 60
9  days, to and including December 26, 2007, in which to file a response to the petition.

10  I declare under penalty of perjury that the foregoing is true and correct.

11  Executed at San Francisco, California, on October 26, 2007.

/s/ Michele J. Swanson
MICHELE J. SWANSON
Deputy Attorney General

20111264.wpd
SF2007402359

Decl. of Counsel in Support of Applic. for Ext. of Time to File Response             *McCarthy v. Clay*
                                                                                     C 07-3933 PJH (PR)
2