IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY MARK McCARTHY,**<br><br>                          Petitioner,<br><br>    v.<br><br>**IVAN D. CLAY, Warden,**<br><br>                          Respondent. | C 07-3933 PJH (PR)<br><br>**[PROPOSED] ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file with this Court and serve upon petitioner, on or before **December 26, 2007**, an answer or other responsive pleading to the petition for writ of habeas corpus.  If petitioner wishes to respond, he shall do so by filing a traverse or opposition with the Court and serving it on respondent within 30 days of his receipt of the answer or other responsive pleading

IT IS SO ORDERED.


Dated: _____     _____