**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   **McCarthy v. Clay, Warden**

No.:   **C 07-3933 PJH (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On December 24, 2007, I served the attached **MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS AS UNTIMELY, SECOND OR SUCCESSIVE, AND FOR FAILURE TO EXHAUST STATE REMEDIES** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Gregory Mark McCarthy
[No. P-74044]   59-07
Sierra Conservation Center
5150 O'Byrnes Ferry Road
Jamestown, CA  95327

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 24, 2007, at San Francisco, California.

|  D. Desuyo  |  /s/   D. Desuyo  |
|:---:|:---:|
| Declarant | Signature |

40200199.wpd