UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY MARK McCARTHY,

        Petitioner,

  vs.

IVAN D. CLAY, Warden,

        Respondent.

No. C 07-3933 PJH (PR)

**ORDER OF DISMISSAL**

This is a habeas case brought pro se by a state prisoner. Petitioner has, however, had a previous case. *See* 04-2458 PJH (PR), *McCarthy v. Kramer*. The petition in that case was denied in a ruling entered on March 31, 2008. That petition, like this one, was directed to petitioner's 2000 conviction for arson of an inhabited structure and filing a false insurance claim. This thus is a second or successive petition.

Respondent has moved to dismiss on the grounds, among others, that a second or successive petition cannot be filed without permission form the court of appeals. The motion is unopposed. Respondent's motion for an extension (document 4) is **GRANTED** and the motion is deemed timely.

A habeas petitioner may not file a second or successive petition unless he or she first obtains from the appropriate United States Court of Appeals an order authorizing the filing. *See* 28 U.S.C. § 2244(b)(3)(A). Petitioner has not obtained such an order from the Ninth Circuit. The motion to dismiss (document number 7) is **GRANTED** and the petition is **DISMISSED** without prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 3, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.07\MCCARTHY3933.DSM-2D.wpd