**United States District Court**

For the Northern District of California

1
2
3

UNITED STATES DISTRICT COURT

4

NORTHERN DISTRICT OF CALIFORNIA

5
6
7    GREGORY MARK McCARTHY,

8                    Petitioner,                    No. C 07-3933 PJH (PR)

9        vs.                                        **JUDGMENT**

10    IVAN D. CLAY, Warden,

11                    Respondent.

12    _____/

13        Pursuant to the order of dismissal signed today, a judgment of dismissal without

14    prejudice is entered against petitioner and in favor of respondents.  Petitioner shall obtain

15    no relief by way of his petition.

16    **IT IS SO ORDERED.**

17    Dated:  April 3, 2008.                _____

18                                          PHYLLIS J. HAMILTON
                                            United States District Judge

19
20
21
22
23
24
25
26
27
28    G:\PRO-SE\PJH\HC.07\MCCARTHY3933.JUD.wpd